# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

November 30, 2009

To:   **Michael E. Dergosits**
Dergosits & Noah, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111

Re: Textscape LLC v Adobe Systems Incorporated - C09-4550 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **January 4, 2010 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ *[signature]*
By:    Ada Yiu
       Courtroom Deputy