MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

Edward W. Goldstein (*To Be Admitted Pro Hac Vice*)
Corby R. Vowell (*To Be Admitted Pro Hac Vice*)
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com

Attorneys for TEXTSCAPE LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTSCAPE LLC,<br>a New Jersey Corporation<br><br>      Plaintiff<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED<br>a California Corporation<br><br>      Defendant | Case No.: C-09-04550 BZ<br><br>**MOTION FOR ENLARGEMENT OF TIME PURSUANT TO CIVIL LOCAL RULES 6-3 AND 16-2(D) BY PLANTIFF TEXTSCAPE LLC AND DECLARATION OF MICHAEL E. DERGOSITS IN SUPPORT** |

### MOTION FOR ENLARGEMENT OF TIME

In accordance with the September 25, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, the last day to meet and confer, and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference was December 14, 2009. The deadline to file a Rule 26(f) Report, to complete initial disclosures, and to file a Case Management Statement is December 28, 2009. The Initial Case Management Conference is currently scheduled for January 4, 2010 at 4:00 p.m.

In accordance with Civil Local Rules 6-3 and 16-2(d), Textscape LLC ("Plaintiff") hereby moves to extend these deadlines as follows:

| | |
|---|---|
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | January 11, 2010 |
| Deadline to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference | January 11, 2010 |
| Deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | January 25, 2010 |
| Initial Case Management Conference (CMC) | February 1, 2010<br>4:00 p.m.<br>Courtroom G, 15th Floor |

### DECLARATION OF MICHAEL E. DERGOSITS IN SUPPORT

I, Michael E. Dergosits, declare under penalty of perjury that the following is true and correct:

1. I am a partner in the law firm of Dergosits & Noah LLP, appearing for Textscape LLC ("Plaintiff").

2. On September 25, 2009, Plaintiff filed its Complaint in the above-captioned matter.

3. On September 25, 2009, this Court issued its Order Setting Initial Case Management Conference [Docket Index ("D.I.") No. 3]. In the September 25, 2009 Order, the Court set the deadline to meet and confer, and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference as December 14, 2009. The Court also set December 28, 2009 as the deadline to file a Rule 26(f) Report, to complete initial disclosures, and to file a Case Management Statement. The Court scheduled the Initial Case Management Conference for January 4, 2010.

4. Defendant Adobe Systems Inc. ("Defendant") was just served with the Summons and Complaint on December 14, 2009, so no counsel has yet appeared for Defendant in this action.

5. Since Defendant was only served with the Summons and Complaint on December 14, 2009 and Defendant's counsel has not made an appearance, both counsel for both Plaintiff and Defendant will require additional time to discuss (i) the issues raised by Rule 26, (ii) whether

ADR procedures are to be pursued, and (iii) preparation of the required Joint Case Management Statement.

6. This is the first modification of time requested in this case.

7. The Court's granting of this Motion would not affect any other deadlines in this case.

## CONCLUSION

Plaintiff respectfully requests that this Motion to Enlarge Time be granted and the currently-pending deadlines reset in accordance with this Motion.

Dated:  December 15, 2009                    DERGOSITS & NOAH LLP


                                             By:         /s/
                                                  Michael E. Dergosits
                                                  Attorneys for Plaintiff
                                                  TEXTSCAPE LLC