1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TEDDY K. JOE (State Bar No. 242589)
2  DERGOSITS & NOAH, L.L.P.
   Three Embarcadero Center, Suite 410
3  San Francisco, CA 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 705-6383
   Email: mdergosits@dergnoah.com
5  Email: tjoe@dergnoah.com

6  Edward W. Goldstein (*To Be Admitted Pro Hac Vice*)
   Corby R. Vowell (*To Be Admitted Pro Hac Vice*)
7  GOLDSTEIN, FAUCETT & PREBEG, LLP
   1177 West Loop South, Suite 400
8  Houston, TX 77027
   Telephone: (713) 877-1515
9  Facsimile: (713) 877-1737
   Email: egoldstein@gfpiplaw.com
10 Email: cvowell@gfpiplaw.com

11 Attorneys for TEXTSCAPE LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTSCAPE LLC, a New Jersey Corporation | Case No.:C-09-04550 BZ |
| Plaintiff | [Proposed] ORDER ENLARGING TIME PURSUANT TO CIVIL LOCAL RULES 6-3 AND 16-2(D) |
| v, | |
| ADOBE SYSTEMS INCORPORATED a California Corporation | |
| Defendant | |

Considering Plaintiff's Motion for Enlargement of Time and supporting Declaration filed on December 15, 2009, the following deadlines are hereby extended as follows:

| | |
|---|---|
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | January 11, 2010 |
| Deadline to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference | January 11, 2010 |
| Deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | January 25, 2010 |

1

[PROPOSED] ORDER ENLARGING TIME
Civil Action No. 5:09-cv-04550

| | | |
|---|---|---|
| 1 | Initial Case Management Conference (CMC) | February 1, 2010 |
| 2 | | 4:00 p.m. |
| | | Courtroom G, 15th Floor |

IT IS SO ORDERED.

Dated: December 15, 2009

_____
Magistrate Judge Bernard Zimmerman
United States District Judge

[PROPOSED] ORDER ENLARGING TIME
Civil Action No. 5:09-cv-04550