TOWNSEND AND TOWNSEND AND CREW LLP
Theodore T. Herhold (State Bar No. 122895)
Andrew T. Oliver (State Bar No. 226098)
Eric M. Hutchins (State Bar No. 245462)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: ttherhold@townsend.com
       atoliver@townsend.com
       emhutchins@townsend.com

Gary S. Morris (pro hac vice application expected)
TOWNSEND AND TOWNSEND AND CREW LLP
1301 K Street, N.W.
Ninth Floor, East Tower
Washington, D.C.  20005
Telephone:  (202) 481-9900
Facsimile:  (202) 481-3972
Email: gsmorris@townsend.com

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TEXTSCAPE LLC, a New Jersey Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, <br><br> Defendant. | Case No. 3:09-CV-04550 BZ <br><br> **STIPULATION AND ORDER FOR ENLARGEMENT OF TIME PURSUANT TO LOCAL RULES 6-1 and 6-2** |
|---|---|

### **STIPULATION**

Pursuant to Civil Local Rules 6-1 and 6-2, the parties hereto, by and through their counsel, stipulate to an enlargement of time to respond to the Complaint, and to change the deadlines imposed by the Court's previous Order Enlarging Time Pursuant to Civil Local Rules 6-3 and 16-2(d) [Docket Index ("D.I.") No. 10] as more fully set forth below.

## DECLARATION OF THEODORE T. HERHOLD

I, Theodore T. Herhold, declare as follows:

1. I am a partner in the law firm of Townsend and Townsend and Crew LLP ("Townsend"), appearing for Defendant Adobe Systems Incorporated ("Adobe") in this matter.

2. On September 25, 2009, Plaintiff Textscape LLC ("Textscape") filed its Complaint in the above-captioned matter.

3. On September 25, 2009, this Court issued its Order Setting Initial Case Management Conference [D.I. No. 3]. In the September 25, 2009 Order, the Court set the deadline to meet and confer, and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference as December 14, 2009. The Court also set December 28, 2009 as the deadline to file a Rule 26(f) Report, to complete initial disclosures, and to file a Case Management Statement. The Court scheduled the Initial Case Management Conference ("CMC") for January 4, 2010.

4. On December 14, 2009, Adobe was served with the Summons and Complaint. Accordingly, absent an extension of time, Adobe must answer or otherwise respond to the Complaint on or before January 4, 2010.

5. On December 15, 2009, before Adobe retained counsel in this matter, Textscape filed a Motion for Enlargement of Time Pursuant to Civil Local Rules 6-3 and 16-2(d) [D.I. No. 9], in which it asked the Court to extend the various deadlines set forth in the Court's September 25, 2009 Order, including the date for the CMC.

6. On December 16, 2009, the Court granted Textscape's motion and issued its Order Enlarging Time Pursuant to Civil Local Rules 6-3 and 16-2(d) [D.I. No. 10]. In its Order, the Court set the following deadlines in the case:

### CURRENT DEADLINES

| | |
|---|---|
| Deadline for Adobe to respond to Complaint | January 4, 2010 |
| Deadline to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | January 11, 2010 |
| Deadline to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference | January 11, 2010 |

| | |
|---|---|
| Deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | January 25, 2010 |
| Initial Case Management Conference (CMC) | February 1, 2010 at 4:00 p.m. |

7. On December 23, 2009, Adobe retained Townsend to represent it in this matter.

8. On December 23, 2009, I called counsel for Textscape, Edward Goldstein, and requested a 3-week extension of time in which to answer or otherwise respond to the Complaint, or up to and including January 25, 2009. I also requested that the various deadlines set forth in the Court's December 16, 2009 Order, including the date for the CMC, be extended accordingly. Mr. Goldstein agreed to the requests.

9. Accordingly, in order to give the parties sufficient time to meet and confer and otherwise meet the deadlines imposed by the Court, the parties agree to a further extension of the deadlines as follows:

**REQUESTED DEADLINES**

| | |
|---|---|
| Deadline for Adobe to respond to Complaint | January 25, 2010 |
| Deadline to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | February 1, 2010 |
| Deadline to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference | February 1, 2010 |
| Deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | February 15, 2010 |
| Initial Case Management Conference (CMC) | February 22, 2010 at 4:00 p.m. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on December 23, 2009 in Palo Alto, California.

/s/ Theodore T. Herhold
Theodore T. Herhold

62374892 v1

| | | |
|---|---|---|
| 1 | DATED:  December 23, 2009 | Respectfully submitted, |
| 2 | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 4 | | By:  */s/ Theodore T. Herhold* |
| 5 | | Theodore T. Herhold |
| 5 | | Attorneys for Defendant |
| 6 | | ADOBE SYSTEMS INCORPORATED, A CALIFORNIA CORPORATION |
| 7 | DATED:  December 23, 2009 | Respectfully submitted, |
| 8 | | GOLDSTEIN, FAUCETT & PREBEG, LLP |
| 9 | | DERGOSITS & NOAH, LLP |
| 11 | | By:  */s/ Edward W. Goldstein by Permission TTH* |
| | | Edward W. Goldstein |
| 12 | | Attorneys for Plaintiff |
| | | TEXTSCAPE LLC |

### ATTESTATION CLAUSE REGARDING SIGNATURES

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Theodore T. Herhold*
Theodore T. Herhold

62374892 v1

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the following deadlines shall apply in this case:

| | |
|---|---|
| Deadline for Adobe to respond to Complaint | January 25, 2009 |
| Deadline to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | February 1, 2010 |
| Deadline to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference | February 1, 2010 |
| Deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | February 15, 2010 |
| Initial Case Management Conference (CMC) | February 22, 2010 at 4:00 p.m. |

Dated:  December 29, 2009

_____
Magistrate Judge Bernard Zimmerman
United States District Judge

62374892 v1