IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTSCAPE LLC, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Defendant. | CASE NO. CV 09-04550 BZ<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Gary S. Morris                               , whose business address and telephone number is

Townsend and Townsend and Crew LLP, 1301 K Street, N.W., Ninth Floor, East Tower, Washington, D.C. 20005, Telephone: (202) 481-9900

and who is an active member in good standing of the bar of the State of New York and DC, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant, Adobe Systems Incorporated,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 18 Feb 2010

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge