UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEXTSCAPE LLC, a New Jersey )
Corporation,                )
                            )        No.  C09-4550 BZ
          Plaintiff(s),      )
                            )        **ORDER SCHEDULING**
     v.                      )        **PRETRIAL MATTERS**
                            )
ADOBE SYSTEMS INC., a        )
Delaware Corporation,        )
                            )
          Defendant(s).      )
                            )
_____)

Following the Case Management Conference, **IT IS HEREBY
ORDERED** that the Case Management Statement is adopted, except
as expressly modified by this Order.  It is further **ORDERED**
that:

1.  <u>DATES</u>

Claims Construction Hearing: **Tuesday, 9/14/2010 1:30 p.m.**

Status Conference: **Monday, 6/21/2010 4:00 p.m.**

Summary Judgment Hearing: **Wednesday, 6/2/2010 10:00 a.m.**

Summary Judgment Reply Due: **Wednesday, 5/12/2010**

Summary Judgment Opposition Due: **Wednesday, 5/5/2010**

Summary Judgment Moving Papers Due: **Wednesday, 4/14/2010**

1    2.    <u>DISCLOSURE AND DISCOVERY</u>

2         The parties are reminded that a failure to voluntarily

3    disclose information pursuant to Federal Rule of Civil

4    Procedure 26(a) or to supplement disclosures or discovery

5    responses pursuant to Rule 26(e) may result in exclusionary

6    sanctions.  Thirty days prior to the close of non-expert

7    discovery, lead counsel for each party shall serve and file a

8    certification that all supplementation has been completed.

9         In the event a discovery dispute arises, **lead counsel** for

10   each party shall meet in person or, if counsel are outside the

11   Bay Area, by telephone and make a good faith effort to resolve

12   their dispute.  Exchanging letters or telephone messages about

13   the dispute is insufficient.  The Court does not read

14   subsequent positioning letters; parties shall instead make a

15   contemporaneous record of their meeting using a tape recorder

16   or a court reporter.

17        In the event they cannot resolve their dispute, the

18   parties must participate in a telephone conference with the

19   Court **before** filing any discovery motions or other papers.

20   The party seeking discovery shall request a conference in a

21   letter filed electronically not exceeding two pages (with no

22   attachments) which briefly explains the nature of the action

23   and the issues in dispute.  Other parties shall reply in

24   similar fashion within two days of receiving the letter

25   requesting the conference.  The Court will contact the parties

26   to schedule the conference.

27   3.    <u>MOTIONS</u>

28        Consult Civil Local Rules 7-1 through 7-5 and this

1    Court's standing orders regarding motion practice.  Motions

2    for **summary judgment** shall be accompanied by a statement of

3    the material facts not in dispute supported by citations to

4    admissible evidence.  The parties shall file a joint statement

5    of undisputed facts where possible.  If the parties are unable

6    to reach complete agreement after meeting and conferring, they

7    shall file a joint statement of the undisputed facts about

8    which they do agree.  Any party may then file a separate

9    statement of the additional facts that the party contends are

10   undisputed.  A party who without substantial justification

11   contends that a fact is in dispute is subject to sanctions.

12        In addition to **lodging** a Chambers copy of all papers, a

13   copy of all briefs shall be e-mailed in WordPerfect or Word

14   format to the following address: bzpo@cand.uscourts.gov.

15   4.   <u>MEDIATION</u>

16        By agreement of the parties, this matter has been

17   referred to the ADR Department for a Mediation to be conducted

18   in **JULY OR AUGUST OF 2010**, if possible.  The parties shall

19   promptly notify the Court whether the case is resolved at the

20   Mediation.

21   Dated: March 1, 2010

22

23

24                        _____
                          Bernard Zimmerman
                          United States Magistrate Judge

25

26   G:\BZALL\-BZCASES\TEXTSCAPE V. ADOBE SYSTEMS\PRETRIAL ORDER.wpd

27

28

                               3

**ATTACHMENT 1**

The parties shall file a joint pretrial conference statement containing the following information:

(1) **The Action.**

    (A)   Substance of the Action. A brief description of the substance of claims and defenses which remain to be decided.

    (B)   Relief Prayed. A detailed statement of each party's position on the relief claimed, particularly itemizing all elements of damages claimed as well as witnesses, documents or other evidentiary material to be presented concerning the amount of those damages.

(2) **The Factual Basis of the Action.**

    (A)   Undisputed Facts. A plain and concise statement of all relevant facts not reasonably disputable, as well as which facts parties will stipulate for incorporation into the trial record without the necessity of supporting testimony or exhibits.

    (B)   Disputed Factual Issues. A plain and concise statement of all disputed factual issues which remain to be decided.

    (C)   Agreed Statement. A statement assessing whether all or part of the action may be presented upon an agreed statement of facts.

    (D)   Stipulations. A statement of stipulations requested or proposed for pretrial or trial purposes.

(3) **Trial Preparation.**

A brief description of the efforts the parties have

4

made to resolve disputes over anticipated testimony,
exhibits and witnesses.

>          (A)   Witnesses to be Called. In
>                lieu of FRCP 26(a)(3)(A), a
>                list of all witnesses likely
>                to be called at trial, other
>                than solely for impeachment or
>                rebuttal, together with a
>                brief statement following each
>                name describing the substance
>                of the testimony to be given.

>          (B)   Estimate of Trial Time. An
>                estimate of the number of
>                court days needed for the
>                presentation of each party's
>                case, indicating possible
>                reductions in time through
>                proposed stipulations, agreed
>                statements of facts, or
>                expedited means of presenting
>                testimony and exhibits.

>          (C)   Use of Discovery Responses. In
>                lieu of FRCP 26(a)(3)(B), cite
>                possible presentation at trial
>                of evidence, other than solely
>                for impeachment or rebuttal,
>                through use of excerpts from
>                depositions, from
>                interrogatory answers, or from
>                responses to requests for
>                admission.  Counsel shall
>                state any objections to use of
>                these materials and that
>                counsel has conferred
>                respecting such objections.

>          (D)   Further Discovery or Motions.
>                A statement of all remaining
>                motions, including <u>Daubert</u>
>                motions.

>    (4) **Trial Alternatives and Options.**

>          (A)   Settlement Discussion. A
>                statement summarizing the
>                status of settlement
>                negotiations and indicating
>                whether further negotiations
>                are likely to be productive.

>          (B)   Amendments, Dismissals. A
>                statement of requested or

proposed amendments to
pleadings or dismissals of
parties, claims or defenses.

     (C)  Bifurcation, Separate Trial of
Issues. A statement of whether
bifurcation or a separate
trial of specific issues is
feasible and desired.

    (5) **Miscellaneous.**

Any other subjects relevant to the trial of the action,
or material to its just, speedy and inexpensive
determination.

**ATTACHMENT 2**

| | |
|---|---|
| **USDC**<br>Case No. CV09-04550 BZ<br>**JOINT** Exhibit No._____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV09-04550 BZ<br>**JOINT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV09-04550 BZ<br>**JOINT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No.  CV09-04550 BZ<br>**JOINT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No.  CV09-04550 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV09-04550 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV09-04550 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV09-04550 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV09-04550 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV09-04550 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV09-04550 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV09-04550 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |