TOWNSEND AND TOWNSEND AND CREW LLP
Theodore T. Herhold (State Bar No. 122895)
Andrew T. Oliver (State Bar No. 226098)
Eric M. Hutchins (State Bar No. 245462)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: ttherhold@townsend.com
       atoliver@townsend.com
       emhutchins@townsend.com

Gary S. Morris (admitted *pro hac vice*)
1301 K Street, N.W.
Ninth Floor, East Tower
Washington, D.C.  20005
Telephone:  (202) 481-9900
Facsimile:  (202) 481-3972
Email: gsmorris@townsend.com

Attorneys for Defendant and Counterclaimant,
ADOBE SYSTEMS INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTSCAPE LLC, a New Jersey Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>    Defendant.<br><br>ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>TEXTSCAPE LLC, a New Jersey Corporation,<br><br>    Counterdefendant. | Case No. CV 09-4550 BZ<br><br>**DECLARATION OF ROBERT WULFF IN SUPPORT OF ADOBE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>Date:   June 2, 2010<br>Time:  10:00 a.m. |

I, Robert Wulff, declare as follows:

1. I am currently employed by Adobe Systems Incorporated ("Adobe"). My current title is Senior VP of Technology. I make this declaration in support of Adobe's motion for summary judgment of invalidity. I have personal knowledge of the facts set forth in this declaration and am competent to testify if called as a witness.

2. I have been employed by Adobe since December 1989. My involvement with the project known as "Carousel" that would later become known as the "Acrobat" product line began in August 1990. I managed a large portion of the team responsible for the Acrobat product line from 1991 until 2008.

## History of the Acrobat Product Line

3. In August 1990, John Warnock, one of the co-founders of Adobe exposed me to the concept of what would come to be known as the portable document format or PDF and associated Acrobat software. Dr. Warnock's idea was first known as the Camelot project and later as the Carousel project. A true and correct copy of "The Camelot Project" paper is attached hereto as **Exhibit 1**.

4. By no later than November 14, 1991, my co-employee Frank Boosman and I had drafted a "Carousel Specification" indicating that the Carousel software should include a display of legible text, a thumbnail/outline view with thumbnail and bookmark display capabilities, a toolbar and menu for selecting either thumbnail or bookmark display, a "page rectangle" on the thumbnails that could be dragged to scroll the document view, numbering of thumbnail pages, a "hand tool," and many other features. A true and correct copy of the best existing copy of the November 14, 1991 Carousel Specification that I have been able to locate to-date is attached hereto as **Exhibit 2**. I have not yet located pages numbered 13 or 16.

5. On December 22, 1991, The New York Times published an article discussing the Carousel project. A true and correct copy of that article is attached hereto as **Exhibit 3**.

6. In March 1992, Fortune magazine published an article showing screenshots of Adobe's Carousel software on several computers. A true and correct copy of that article is attached hereto as **Exhibit 4**.

7. Dr. Warnock of Adobe authored an article that appeared in the June 1992 issue of Byte magazine. A true and correct copy of that article is attached hereto as **Exhibit 5**.

8. In November 1992, Adobe demonstrated its Carousel software at the Fall 1992 COMDEX convention in Las Vegas, NV. Adobe received two COMDEX awards for Carousel: "Best of Show" and "Most Significant Technology."

9. In November 1992, BusinessWeek magazine included an article showing a screenshot of Adobe's Carousel software. A true and correct copy of that article is attached hereto as **Exhibit 6**.

10. In November 1992, Adobe announced that the project and software formerly known as "Carousel" would be called "Acrobat." By this time, the Acrobat software was in testing prior to release for commercial sale.

11. In December 1992, Datamation magazine included an article showing a screenshot of Adobe's Carousel software. A true and correct copy of that article is attached hereto as **Exhibit 7**.

12. Adobe's 1992 Annual Report made note of the development of the Acrobat product family. A true and correct copy of the cover and pages 1-3, 28, and 29 of Adobe's 1992 Annual Report is attached hereto as **Exhibit 8**.

13. Adobe released its Acrobat family of products for public sale on June 15, 1993. These products included Acrobat Reader version 1.0, Acrobat Exchange version 1.0, and Acrobat Distiller version 1.0 and associated documentation. A true and correct copy of a June 15, 1993 press release regarding the product launch and product pricing offer is attached hereto as **Exhibit 9**.

14. On June 15, 1993, Adobe issued press releases announcing Acrobat-related collaborations with companies including AlphaGraphics, Inc., Business Link, Dataware Technologies, Elixir Technologies, Knight-Ridder/PressLink, Kodak, Lotus Corporation, Multex Systems, R.R. Donnelley & Sons, Tech Data Corporation, and Ventura Software. A true and correct copy of these press releases is attached hereto as **Exhibit 10**.

15. On June 30, 1993, Adobe ran an eight page advertising section in The Wall Street

1  Journal, titled "The Axe Falls on the Cost of Information."  This advertising section introduced a
2  special offer for sales of Acrobat.    A true and correct copy of the front page of that issue of The
3  Wall Street Journal and the advertising section are attached hereto as **Exhibit 11**.

4        16.    In Adobe's Form 10-Q for the quarter ending August 27, 1993, Adobe informed the
5  Securities and Exchange Commission that "The Company shipped several new products during
6  the quarter including . . . the Adobe$^{TM}$ Acrobat$^{TM}$ software product family . . ."  A true and correct
7  copy of the cover page and pages 10 – 11 of this Form 10-Q is attached hereto as **Exhibit 12**.

8        17.    Adobe received several awards for its Acrobat products in 1993, including the Byte
9  Magazine "Award of Excellence" in 1993, the PC Magazine "Technical Excellence Award" in
10 1993, the Popular Science Magazine "The Best of What's New" award in November 1993.

11       18.    The Acrobat Reader version 1.0 software that was released in June 1993 included a
12 file named HELPREAD.PDF.  A true and correct copy of excerpts from that file is attached hereto
13 as **Exhibit 13**.

14       19.    The Acrobat Reader version 1.0 software that was released in June 1993 included a
15 file named TOURREAD.PDF.  A true and correct copy of excerpts from that file is attached
16 hereto as **Exhibit 14**.

17       20.    On December 23, 1993, Adobe announced the availability for sale of Acrobat
18 Reader version 1.0 software that could be used with computers operating under MS-DOS.  A true
19 and correct copy of the Adobe press release making that announcement is attached hereto as
20 **Exhibit 15**.

## Acrobat Reader version 1.0 Functionality

22       21.    Attached hereto as **Exhibit 16** is a screenshot showing an image displayed by the
23 Acrobat Reader version 1.0 software.  In particular, this image shows a large part of the display
24 displaying part of a document containing legible text.  This image reflects use of the "Page Only"
25 view that the software provides.

26       22.    Attached hereto as **Exhibit 17** is a screenshot showing an image displayed by the
27 Acrobat Reader version 1.0 software.  In particular, this image shows a large part of the right side
28 of the display (called the "document window") displaying part of a document containing legible

1  text while a box on the left part of the display (called the "overview area") displays bookmarks
2  relating to items of interest in or sections of the document. This image reflects use of the
3  "Bookmarks and Page" view that the software provides.

4      23.    Attached hereto as **Exhibit 18** is a screenshot showing an image displayed by the
5  Acrobat Reader version 1.0 software. In particular, this image shows a large part of the right side
6  of the display (called the "document window") displaying part of a document containing legible
7  text while a box on the left part of the display (called the "overview area") displays thumbnail
8  images of each page in the document. Beneath each thumbnail image is a page number indicating
9  the page in the document that the thumbnail represents. This image reflects use of the
10 "Thumbnails and Page" view that the software provides.

11     24.    Attached hereto as **Exhibit 19** is a screenshot showing an image displayed by the
12 Acrobat Reader version 1.0 software. In particular, this image shows the View menu provided to
13 users of the software. The commands available to a user in the View menu include "Page Only,"
14 "Bookmarks and Page," and "Thumbnails and Page." When a user selects one of these
15 commands, the software changes the display to correspond to the views shown in Exhibits 16, 17,
16 and 18, respectively.

17     25.    Attached hereto as **Exhibit 20** is a screenshot showing an image displayed by the
18 Acrobat Reader version 1.0 software. This image has been enhanced to highlight the tool bar
19 commands available to a user in the software. In particular, the "Page Only button," "Bookmarks
20 and Page button," and "Thumbnails and Page button" are highlighted. When a user selects one of
21 these commands, the software changes the display to correspond to the views shown in Exhibits
22 16, 17, and 18, respectively.

23     26.    Exhibit 18 also shows a light gray box on one of the thumbnails (called the "page-
24 view box"). The page-view box indicates the part of the page that is visible in the document
25 window. The page view box can be used to scroll around a page and to change the magnification
26 of the page.

27     27.    Though action is not visible in the static image of Exhibit 18, the software provides
28 a "hand tool" that can be used to move a document page in the document window. The user may

townsend.  DECLARATION OF ROBERT WULFF     5
CASE NO. 3:09-CV-04550 BZ

position the hand tool over the document window, hold down the mouse button, and move the mouse to drag the hand tool in the direction that the user wishes to move the page. When the page is moved in this manner, the page-view box on the thumbnail moves to correspond to the change in the part of the page that is displayed.

28. Likewise, though action is not visible in the static image of Exhibit 18, the hand tool can be used to move the page-view box on the thumbnail. The user may position the hand tool over the edge of the page-view box, hold down the mouse button, and move the mouse to drag the hand tool in the direction that the user wishes to move the page-view box. When the page-view box is moved in this manner, the part of the page displayed in the document window changes to correspond to the changed position of the page-view box on the thumbnail. The user may also use the mouse click on virtually any location on the thumbnails (limited by the screen resolution). This results in the page-view box jumping to the clicked-on location on the thumbnail and the corresponding part of the document being displayed in the document window.

## Acrobat Reader version 1.0 for MS-DOS Functionality

29. Attached hereto as **Exhibit 21** is a screenshot showing an image displayed by the Acrobat Reader version 1.0 for MS-DOS software. In particular, this image shows a large part of the right side of the display (called the "document window") displaying part of a document containing legible text while a box on the left part of the display (called the "overview area") displays bookmarks relating to items of interest in or sections of the document. This image reflects use of the "Bookmarks and Page" view that the software provides.

30. Attached hereto as **Exhibit 22** is a screenshot showing an image displayed by the Acrobat Reader version 1.0 for MS-DOS software. In particular, this image shows a large part of the right side of the display (called the "document window") displaying part of a document containing legible text while a box on the left part of the display (called the "overview area") displays thumbnail images of each page in the document. Beneath each thumbnail image is a page number indicating the page in the document that the thumbnail represents. This image reflects use of the "Thumbnails and Page" view that the software provides.

31. Attached hereto as **Exhibit 23** is a screenshot showing an image displayed by the

townsend. DECLARATION OF ROBERT WULFF
CASE NO. 3:09-CV-04550 BZ

6

1  Acrobat Reader version 1.0 for MS-DOS software. In particular, this image shows the "Edit"
2  menu that includes a "Preferences . . ." command.
3    32.   Attached hereto as **Exhibit 24** is a screenshot showing an image displayed by the
4  Acrobat Reader version 1.0 for MS-DOS software. In particular, this image shows the menu that
5  pops up on the screen when a user selects the "Preferences . . ." command in the "Edit" menu.
6  This image shows four options under the heading "Video Resolution," titled "640x480, 16 colors,"
7  "640x480, 256 colors," "800x600, 256 colors," and "1024x768, 256 colors." A user of the
8  software may select any of these Video Resolution options. After changing the Video Resolution
9  option, the user must exit and restart the software before the selected option will take effect.
10   33.   The image in Exhibit 22 was generated while the "800x600, 256 colors" Video
11  Resolution options was selected.
12   34.   Attached hereto as **Exhibit 25** is a screenshot showing an image displayed by the
13  Acrobat Reader version 1.0 for MS-DOS software. This image was generated after selecting the
14  "640x480, 256 colors" Video Resolution option in the menu of Exhibit 24, exiting the software,
15  and restarting the software. When running Acrobat Reader version 1.0 for MS-DOS on a CRT
16  display, the thumbnails in Exhibit 25 are larger than those in Exhibit 22.
17   35.   Attached hereto as **Exhibit 26** is a screenshot showing an image displayed by the
18  Acrobat Reader version 1.0 for MS-DOS software. This image was generated after selecting the
19  "1024x768, 256 colors" Video Resolution option in the menu of Exhibit 24, exiting the software,
20  and restarting the software. When running Acrobat Reader version 1.0 for MS-DOS on a CRT
21  display, the thumbnails in Exhibit 26 are smaller than those in Exhibit 22.
22   I declare under penalty of perjury under the laws of the United States of America that the
23  foregoing is true and correct.
24   Executed April 16, 2010, in San Jose, California.

By: _____
Robert Wulff