RECEIVED
2010 APR 29 P 2: 23

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEXTSCAPE LLC

    Plaintiff,

v.

ADOBE SYSTEMS INCORPORATED

    Defendant.

CASE NO. 3:09-cv-04550-BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Edward W. Goldstein , whose business address and telephone number is

Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX  77027   Tel: 713-877-1515

and who is an active member in good standing of the bar of  Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  TEXTSCAPE LLC

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 5 May 2010

_____
Hon. Bernard Zimmerman
United States Magistrate Judge