1  TOWNSEND AND TOWNSEND AND CREW LLP
   Theodore T. Herhold (State Bar No. 122895)
2  Andrew T. Oliver (State Bar No. 226098)
   Eric M. Hutchins (State Bar No. 245462)
3  379 Lytton Avenue
   Palo Alto, CA  94301
4  Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422
5  Email: ttherhold@townsend.com
          atoliver@townsend.com
6         emhutchins@townsend.com

7  Gary S. Morris (admitted *pro hac vice*)
   1301 K Street, N.W.
8  Ninth Floor, East Tower
   Washington, D.C.  20005
9  Telephone:  (202) 481-9900
   Facsimile:  (202) 481-3972
10 Email: gsmorris@townsend.com

11 Attorneys for Defendant and Counterclaimant,
   ADOBE SYSTEMS INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTSCAPE LLC, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Defendant. | Case No. CV 09-4550 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING ADOBE'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM ON JUNE 2, 2010 |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>TEXTSCAPE LLC, a New Jersey Corporation,<br><br>Counterdefendant. | |

Adobe Systems Incorporated (hereinafter "Adobe") filed with the Court an Administrative Request to bring into the courtroom equipment to aid in a hearing on June 2, 2010.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

Adobe's counsel of record and employees of counsel shall be permitted to bring into the courtroom on June 2, 2010, the following equipment (or some portion thereof):

1. Two (2) laptop computers;
3. One (1) projector;
4. One (1) projection screen;
5. Up to three (3) laser pointers;
7. Computer cables and accessories; and
8. Power cords and accessories.

The individuals covered by this Order are: Theodore T. Herhold, Andrew T. Oliver, Eric M. Hutchins, Gary S. Morris, and Daniel Trevino of Townsend and Townsend and Crew LLP.

**The equipment shall be set up prior to 10:00 a.m. on June 2, 2010.**

DATED: May __24th__, 2010

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

62674323 v1