|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

TEXTSCAPE LLC, a New Jersey Corporation,

      Plaintiff(s),

v.

ADOBE SYSTEMS INC., a Delaware Corporation,

      Defendant(s).

No. C09-4550 BZ

**ORDER ON MOTIONS TO SEAL**

    **IT IS ORDERED THAT** plaintiff's Motion to File Documents Under Seal (Doc. No. 46) is **DENIED** for failing to comply with Civil Local Rule 79-5. Defendant's Request to File Documents Under Seal (Doc. No. 33) is **GRANTED**.

Dated: May 27, 2010

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TEXTSCAPE V. ADOBE SYSTEMS\SEAL ORD.wpd

1