UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BRABOY, ) | |
| ) | |
| Plaintiff(s), ) | No. C09-4534 PJH (BZ) |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING** |
| STAPLES, INC., ) | **DISCOVERY CONFERENCE** |
| ) | |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that an Initial Discovery Conference is scheduled for **Thursday, June 10, 2010 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: June 4, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\BRABOY V. STAPLES\DISC 3.ORD.wpd

1