UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTSCAPE LLC, a New Jersey Corporation,<br><br>  Plaintiff(s),<br><br>v.<br><br>ADOBE SYSTEMS INC., a Delaware Corporation,<br><br>  Defendant(s). | No.  C09-4550 BZ<br><br>**FINAL JUDGMENT** |

Having granted defendant's motion for summary judgment by Order dated June 7, 2010, **IT IS ORDERED AND ADJUDGED** that judgement is entered for defendant, that plaintiff take nothing from its complaint, and that defendant recover its cost of suit from plaintiff.

Dated: June 7, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TEXTSCAPE V. ADOBE SYSTEMS\JUDGMENT.wpd

1