UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEXTSCAPE LLC, a New Jersey Corporation,

        Plaintiff(s),

  v.

ADOBE SYSTEMS INC., a Delaware Corporation,

        Defendant(s).

No. C09-4550 BZ

**ORDER DENYING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant's request to file the Oliver Declaration under seal (Doc. No. 61) is **DENIED**. The request is neither narrowly tailored nor does it specifically identify what information is privileged or confidential as required by Civil Local Rule 79-5. See e.g. Cottier v. City of Martin, 2007 WL 4568989, 3 (D.S.D. 2007)

Dated: July 14, 2010

                              Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.6\TEXTSCAPE V. ADOBE SYSTEMS\ORD DENYING MOT TO SEAL.wpd

1